UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SERPA, | |
| Plaintiff, | No.  CV-11-121-RHW |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.    The Commissioner's decision denying Plaintiff benefits is AFFIRMED.  File closed.

DATED: August 19, 2013

SEAN F. McAVOY
Clerk of Court

By:  *s/Cheryl Switzer*
Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE